**ALTAIR INSTRUMENTS, INC.,**
**a California Corporation,**
**Plaintiff-Appellant**

v.

**KELLEY WEST ENTERPRISES, LLC,**
**a Florida Limited Liability Company,**
**Presser Direct, LLC, a California**
**Limited Liability Company, Defendants-Cross-Appellants**

**Does, 1 Through 10, Inclusive,**
**Defendant**

**2017-1194**
**2017-1284**

United States Court of Appeals,
Federal Circuit.

February 12, 2018

RONALD PAUL OINES, Rutan & Tucker, LLP, Costa Mesa, CA, argued for plaintiff-appellant. Also represent-ed by BENJAMIN CHARLES DEMING.

GLENN W. TROST, Snell & Wilmer, LLP, Los Angeles, CA, argued for defendants-cross-appellants.

(Lourie, Chen, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**